# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00495-CV

**Maria A. Miccoli, Appellant**

**v.**

**Jeffrey Copenhaver, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NO. 495386, HONORABLE SUSAN D. SHEPPARD, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

The clerk's record and reporter's record in this cause were due on August 8, 2003. In response to a notification from the Clerk of this Court concerning the overdue records, the district clerk's office of Travis County and the court reporter for the cause notified this Court that appellant had not made payment arrangements. No affidavit of indigence was filed with or before the notice of appeal.[1] Tex. R. App. P. 20.1(c)(1) (affidavit of indigence must be filed in trial court with or before notice of appeal). By letter of November 21, 2003, this Court notified appellant that the record problem had to be cured by December 5, 2003, or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b) (if no clerk's record filed due to appellant's failure to pay for record or make payment arrangements, court may dismiss appeal for want of prosecution). To

---

[1] No affidavit of indigence has ever been filed.

date, appellant has not made payment arrangements.  Accordingly, we dismiss the appeal for want

of prosecution.  *See* Tex. R. App. P. 42.3(b) (dismissal for want of prosecution).


_____

Bob Pemberton, Justice

Before Justices Kidd, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   January 23, 2004